Andrew S. Brignone, Esq.
Nevada Bar No. 751
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email:  abrignone@bhfs.com
Email:  asegal@bhfs.com
Email:  bcloveland@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT PENSION TRUST; CEMENT MASONS AND PLASTERERS VACATION SAVINGS PLAN TRUST AND CEMENT MASONS AND PLASTERERS JOINT APPRENTICESHIP TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ADT CONSTRUCTION GROUP, INC., a Nevada corporation; and GREAT AMERICAN INSURANCE COMPANY,<br><br>Defendants | Case No. 2:07-cv-01545-JAD-GWF<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** |

Pursuant to Local Rule 2014, Plaintiffs, through their counsel of record Andrew S. Brignone, Esq., Adam P. Segal, Esq., and Bryce C. Loveland, Esq., of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and respectfully request that the Court allow the withdrawal of

1

Andrew S. Brignone, Esq., Adam P. Segal, Esq., and Bryce C. Loveland, Esq., of Brownstein Hyatt Farber Schreck, LLP and substitution of Kevin B. Christensen, Esq., of Christensen, James & Martin, Chtd., as counsel of record for Plaintiffs.

Dated: June 30, 2016.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

_____
Andrew S. Brignone, Esq.
Nevada Bar No. 751
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

Dated: June 30, 2016.

CHRISTENSEN, JAMES & MARTIN, CHTD.

_____
Kevin B. Christensen, Esq.
Nevada Bar No. 175
7440 West Sahara Avenue
Las Vegas, Nevada 89117

*Substituting Attorney for Plaintiffs*

Dated: June 30, 2016.

_____
Marc Leavitt, Lead Co-Chair
Cement Masons and Plasterers Joint Trust Funds
8311 West Sunset Boulevard
Suite 250
Las Vegas, Nevada 89113

*On Behalf of the Plaintiffs*

020031\0072\14824450.1

**O R D E R**

**IT IS ORDERED** that the Court grants the withdrawal of Andrew S. Brignone, Esq., Adam P. Segal, Esq., and Bryce C. Loveland, Esq., of Brownstein Hyatt Farber Schreck, LLP and substitution and appearance of Kevin B. Christensen, Esq., of Christensen, James & Martin, Chtd., as counsel of record for Plaintiffs.

DATED: _____July 8_____, 2016.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Bryce C. Loveland
Bryce C. Loveland, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
*Attorneys for Plaintiffs*

3

020031\0072\14824450.1

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on this 6th day of July 2016, I served a true copy of the foregoing **STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION FO COUNSEL FOR PLAINTIFFS** upon:

Jason A. Imes, Esq.
Jeannette E. McPherson, Esq.
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1100
Las Vegas, Nevada 89146

Noah G. Allison, Esq.
Martin & Allison, Ltd.
3191 W. Warms Springs Road
Longford East, Building 13
Las Vegas, Nevada 89120

Attorneys for Defendant ADT Construction Group, Inc.

☒ **BY CM/ECF System**

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP