**CHRISTENSEN JAMES & MARTIN, CHTD.**
KEVIN B. CHRISTENSEN, ESQ. (175)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: kbc@cjmlv.com
*Attorneys for Plaintiff Trust Funds*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ADT CONSTRUCTION GROUP, INC., a Nevada corporation, *et al.*,<br><br>Defendants. | CASE NO.: 2:07-cv-01545-JAD-GWF<br><br>[~~PROPOSED~~] ORDER DISMISSING THE CASE WITHOUT PREJUDICE AND TOLLING THE STATUTE OF LIMITATIONS |

It appearing to the satisfaction of the Court, and good cause appearing therefor, **IT IS SO ORDERED** as follows:

1. Plaintiffs' Motion to Dismiss without Prejudice and for Order Tolling the Statute of Limitations is hereby granted;

2. The Case is hereby dismissed without prejudice, each side to bear its own fees and costs; and

3. The statute of limitations on Plaintiffs' claims in the matter shall be tolled from June 24, 2008, *to October 12, 2016. This case shall be closed.*

Dated this 5th day of January, 2017.

_____
U.S. DISTRICT JUDGE

Submitted By:

CHRISTENSEN JAMES & MARTIN, CHTD.

By:   /s/ Kevin B. Christensen
Kevin B. Christensen, Esq. (175)
7440 W. Sahara Ave.
Las Vegas, NV 89117
*Attorneys for Plaintiff Trust Funds*